**Dismiss and Opinion Filed December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00504-CV**

**FELICIA PATTERSON AND MAE PATTERSON, Appellants**
**V.**
**KENNETH MINGO AND MINGO, LLC, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00640-D**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Pedersen, III

After appellants failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and for appellants' brief to be filed by November 3, 2022. On November 7, 2022, we notified appellants the time for filing their brief had expired and directed appellants to file their brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed their brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8 (a)(1); 42.3(b), (c).

220504f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FELICIA PATTERSON AND MAE
PATTERSON, Appellants

No. 05-22-00504-CV     V.

KENNETH MINGO AND MINGO,
LLC, Appellees

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-00640-
D.
Opinion delivered by Justice
Pedersen, III. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 16th day of December, 2022.